IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:     **09-cv-01539-AP**

**JOSEPH A. LARA,**

                  Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                  Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.      APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq. | DAVID M. GAOUETTE |
| 730 N. Weber, #101 | Acting United States Attorney |
| Colorado Springs, CO 80903 | |
| Telephone (719) 633-5211 | KEVIN TRASKOS |
| newallfrederick@qwestoffice.net | Assistant U.S. Attorney |
| | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | kevin.traskos@usdoj.gov |
| | |
| | THOMAS H. KRAUS |
| | Special Assistant U. S. Attorney |
| | Assistant Regional Counsel |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0017 |
| | Tom.kraus@ssa.gov |

**2.       STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.       DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**     **Date Complaint Was Filed:**     June 30, 2009

      **B.**     **Date Complaint Was Served on U.S. Attorney's Office:**     July 22, 2009

      **C.**     **Date Answer and Administrative Record Were Filed:**     September 18, 2009

**4.       STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**     Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after the Plaintiff's Opening brief is filed.

**Defendant states:**     There are no issues with the accuracy or completeness of the Administrative Record.

**5.       STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**  See Plaintiff's statement in paragraph 4, above.

**Defendant states:**  None anticipated.

**6.       STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.       OTHER MATTERS**

None.

**8.     BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully request the following briefing schedule:

    **A.     Plaintiffs Opening Brief Due:**   November 25, 2009

    **B.     Defendant's Response Brief Due:**   December 28, 2009

    **C.     Plaintiffs Reply Brief (If Any) Due:**   January 11, 2010

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiffs Statement:**  Plaintiff does not request oral argument.

    **B.     Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this   8th   day of October , 2009

                                          BY THE COURT:

                                          *s/John L. Kane*

4

                                                 U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>FREDERICK W. NEWALL<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>newallfrederick@qwestoffice.net<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br> Kevin.Traskos@usdoj.gov<br><br><br>By: /s/Thomas A. Kraus<br>   THOMAS A. KRAUS<br>   Special Assistant United States Attorney<br>   1961 Stout Street, Suite 1001A<br>   Denver, Colorado  80294<br>   Telephone:  (303) 844-0815<br>   Stephanie.kiley@ssa.gov<br><br>   Attorneys for Defendant. |